THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RENE GUTIERREZ AND LIBRADA GUTIERREZ, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF RENE GUTIERREZ, JR., AND ROSANNA GUTIERREZ AS NEXT FRIEND OF MONICA GUTIERREZ AND MONIQUE GUTIERREZ, § § § § § § § Plaintiffs, § § V. § § CITY OF SAN ANTONIO, TEXAS, SAN ANTONIO § CHIEF OF POLICE WILLIAM O. GIBSON IN HIS § OFFICIAL CAPACITY, SAN ANTONIO POLICE § OFFICER LAWRENCE WALTERS, INDIVIDUALLY § AND IN HIS OFFICIAL CAPACITY, AND SAN § ANTONIO POLICE OFFICER ROBERT SOLIS, § INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, § § Defendants. § | CIVIL ACTION NO. SA-95-CA-1060 |

### ORDER

On this day came on to be considered 1. Defendant City Of San Antonio's Motion For Summary Judgment; 2. Defendant Lawrence Walters' Motion To Dismiss And/Or For Summary Judgment; 3. Defendant Robert Solis' Motion For Summary Judgment (collectively the "Motions") and Plaintiffs' Response To Defendants' Motions For Summary Judgment (the "Response"). The Court after considering the Response and the Motions is of the opinion that Walters' Motion should be granted in part and the remainder of the Motions should be denied.

IT IS THEREFORE ORDERED that Plaintiffs claim alleging violations of the Eighth Amendment is dismissed.

IT IS FURTHER ORDERED that the Motions be in all other things denied.

SIGNED this 9th day of January, 1996.

_____
H. F. GARCIA
UNITED STATES DISTRICT JUDGE

DC0RG062.DOC