IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RENE GUTIERREZ AND LIVRADA GUTIERREZ, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF RENE GUTIERREZ, JR., AND ROSANNA GUTIERREZ AS NEXT FRIEND OF MONICA GUTIERREZ AND MONIQUE GUTIERREZ,<br>　　　　　Plaintiffs,<br><br>V.<br><br>CITY OF SAN ANTONIO, TEXAS, SAN ANTONIO CHIEF OF POLICE WILLIAM O. GIBSON IN HIS OFFICIAL CAPACITY, SAN ANTONIO POLICE OFFICER LAWRENCE WALTERS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, AND SAN ANTONIO POLICE OFFICER ROBERT SOLIS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY,<br>　　　　　Defendants. | §§§§§§§§§§§§§§§§§§§ | FILED<br>FEB 2 2 1999<br><br>CIVIL ACTION NO.<br>SA-95-CA-1060 - HG |

## ORDER

On this day came on to be considered Plaintiffs' Stipulation Of Voluntary Dismissal As To Defendants City Of San Antonio, Texas and San Antonio Chief Of Police William O. Gibson In his Official Capacity. The Court after considering the Motion and the stipulation of Defendants City Of San Antonio, Texas and San Antonio Chief Of Police William O. Gibson, In His Official Capacity, is of the opinion that the Motion should be and it is hereby granted.

IT IS THEREFORE ORDERED that Plaintiffs Rene Gutierrez and Livrada Gutierrez, Individually And On Behalf Of The Estate Of Rene Gutierrez, Jr., and Rosanna Gutierrez As Next Friend Of Monica Gutierrez and Monique Gutierrez' claims against the remaining Defendants City Of San Antonio, Texas and San Antonio Chief Of Police William O. Gibson, In His Official Capacity are voluntarily dismissed pursuant to Rule 41(a)(1)(ii).

4

SIGNED this 22nd day of February, 1999.

/s/ H. J. Garcia
H. F. GARCIA
UNITED STATES DISTRICT JUDGE

**AGREED:**

MARTIN, DROUGHT & TORRES, INC.
Nations Bank Plaza, 25th Floor
300 Convent Street
San Antonio, Texas 78205
(210) 227-7591
(210) 227-7924 (Facsimile)

_____
Jesse R. Castillo
State Bar No. 03986600

ATTORNEYS FOR PLAINTIFFS


CARMODY & BONILLA
Lincoln Center
7800 I.H. - 10 West, Suite 635
San Antonio, Texas 78230
(210) 375-1963
(210) 375-2373 (Facsimile)

_____
Dawn L. Carmody
State Bar No. 03823420

ATTORNEYS FOR DEFENDANTS
CITY OF SAN ANTONIO, TEXAS AND
SAN ANTONIO CHIEF OF POLICE WILLIAM
O. GIBSON IN HIS OFFICIAL CAPACITY

SIGNED this ____ day of February, 1999.

                                                     H. F. GARCIA
                                                    UNITED STATES DISTRICT JUDGE

**AGREED:**

MARTIN, DROUGHT & TORRES, INC.
Nations Bank Plaza, 25th Floor
300 Convent Street
San Antonio, Texas 78205
(210) 227-7591
(210) 227-7924 (Facsimile)

_____
Jesse R. Castillo
State Bar No. 03986600

ATTORNEYS FOR PLAINTIFFS


CARMODY & BONILLA
Lincoln Center
7800 I.H. - 10 West, Suite 635
San Antonio, Texas 78230
(210) 375-1963
(210) 375-2373 (Facsimile)

_____
Dawn L. Carmody
State Bar No. 03823420

ATTORNEYS FOR DEFENDANTS
CITY OF SAN ANTONIO, TEXAS AND
SAN ANTONIO CHIEF OF POLICE WILLIAM
O. GIBSON IN HIS OFFICIAL CAPACITY

5